UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: _____

ARIANE BRYAN,

    Plaintiff,

vs.

ESA P PORTFOLIO, LLC, a foreign limited
liability company d/b/a EXTENDED STAY AMERICA;
ESA MANAGEMENT, LLC, a foreign limited
liability company d/b/a EXTENDED STAY AMERICA;
Unknown Defendant #1; and Unknown Defendant #2,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, ESA P PORTFOLIO, LLC d/b/a EXTENDED STAY AMERICA and ESA MANAGEMENT, LLC d/b/a EXTENDED STAY AMERICA, ("ESA Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 (2018), hereby remove this action currently pending in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida. The removal of this action is based upon the following:

### Background & Introduction

1.    On April 8, 2019, Plaintiff filed her Complaint in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, entitled *Ariane Bryan v. ESA P PORTFOLIO, LLC, a foreign limited liability company d/b/a Extended Stay America; ESA MANAGEMENT, LLC.; Unknown Defendant #1; and Unknown Defendant #2*, Case No. 19-

002807-CO (hereinafter referred to as the "State Action").

2. On June 14, 2019, Plaintiff filed an Amended Complaint.

3. On or about June 19, 2019, copies of both the Complaint and Amended Complaint were served on the ESA Defendants. This constituted the first legal notice of the State Action for purposes of removal.

4. True and correct copies of all documents that were filed in the State Action are attached hereto as **Composite Exhibit "1,"** and are incorporated herein by reference pursuant to Rule 10(c), Federal Rules of Civil Procedure. No other process, pleadings, or orders have been served upon Defendants in the State Action.

5. The Amended Complaint seeks damages due to alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*; the ADA's Accessibility Guidelines, 28 C.F.R. 36, in conjunction and alternatively with the Florida Americans with Disabilities Accessibility Implementation Act, Fla. Stat. Ch. 53; the Web Content Accessibility Guidelines 2.1, as amended; and Fla. Stat. Ch. 86. *See* (Amended Compl. ¶¶ 45-68.)

## Argument

6. A defendant may remove to federal court any civil case filed in a state court if the case originally could have been brought in federal court. *See Ayers v. Gen. Motors Corp.*, 234 F.3d 514, 517 (11th Cir. 2000). Under federal question jurisdiction, the United States District Courts "have original jurisdiction over all civil actions arising under federal law." *See* 28 U.S.C. § 1331 (2018). As such, because the claims in this case arise under the federal ADA, it raises a federal question, and is one that originally could have been filed in

federal court.  Thus, this matter is ripe for removal to the instant Court.

7. Furthermore, where a removable claim is joined with one or more otherwise non-removable claims, "the entire case may be removed and the district court may determine all issues therein". 28 U.S.C. § 1441(c). Plaintiff's Complaint also includes a state law claim alleging violations of "Chapter 553 of the Florida Statutes, commonly known as the Florida Americans with Disabilities Accessibility Implementation Act."  As such, this Court may exercise supplemental jurisdiction over the remaining state law claim as it arises out of the same facts and circumstances as Plaintiff's federal claims.  *See* 28 U.S.C. § 1367. For this reason, this action is removable in its entirety to this Court pursuant to the provisions of 28 U.S.C. § 1441.

8. This Notice of Removal has been timely filed within thirty (30) days after receipt by the ESA Defendants of the initial pleading setting forth the claims for relief upon which removal is based.  See 28 U.S.C. § 1446(b)(1) (2018).

9. Simultaneously with the filing of this Notice, the ESA Defendants have given written notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. § 1446(d) (2018).

10. A copy of this Notice simultaneously has been filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, as required by 28 U.S.C. § 1446(d) (2018).

11. Venue is proper in the Middle District of Florida because the State Action is pending within the jurisdictional confines of this District.

**WHEREFORE**, the ESA Defendants hereby remove this case to the United States

- 4 -

District Court for the Middle District of Florida.

Dated:  July 16, 2019

Respectfully submitted,

By: /s/ *Arlene K. Kline*
    ARLENE K. KLINE, ESQ.
    Florida Bar No.: 104957
    Email: arlene.kline@akerman.com
    MELISSA TORRES, ESQ.
    Florida Bar No.: 1002646
    Email: melissa.torres@akerman.com
    **AKERMAN LLP**
    777 South Flagler Drive
    Suite 1100 West Tower
    West Palm Beach, FL 33401
    Telephone: (561) 653-5000
    Facsimile:  (561) 659-6313

    *Attorneys for Defendants, ESA P Portfolio, LLC d/b/a Extended Stay America and ESA Management, LLC d/b/a Extended Stay America*

- 5 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2019, the foregoing document is being served on all counsel of record identified in the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: /s/ *Arlene K. Kline*
ARLENE K. KLINE, ESQ.
Florida Bar No.: 104957

## SERVICE LIST

Melissa Gilkey Mince, Esq.
Layla K. McDonald, Esq.
**MCDONALD & MINCE, PLLC**
801 West Bay Drive, Suite 113
Largo, FL 33770
Telephone:  (727) 667-2269
Email: mmince@mcdonaldandmincelaw.com
lmcdonald@mcdonaldandmincelaw.com
eserve@mcdonaldandminclaw.com