UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARIANE BRYAN,

    Plaintiff,

v.                                                CASE NO. 8:19-cv-1727-T-23CPT

ESA P PORTFOLIO, LLC, et al.,

    Defendants.
_____/

**ORDER**

    The plaintiff announces (Doc. 10) a settlement. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to terminate the pending motion to stay (Doc. 9) and to close the case.

    ORDERED in Tampa, Florida, on October 1, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE